## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02288- REB- CSB

BARBARA ANN BURNEY,

    Plaintiff,

v.

BHFC FINANCIAL SERVICES INC.,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

PLEASE TAKE NOTICE that BARBARA ANN BURNEY ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 12th day of October, 2017.

                                                            s/ Nathan C. Volheim
                                                            ***Nathan C. Volheim, Esq.***
                                                            Sulaiman Law Group, Ltd.
                                                            2500 S. Highland Avenue, Suite 200
                                                           Lombard, IL 60148
                                                           Telephone: (630) 575-8181
                                                           E-mail: nvolheim@sulaimanlaw.com
                                                           Attorney for Plaintiff, Barbara Ann Burney